448 A.2d 1166

Commonwealth v. Corbin, Appellant.

Submitted January 12, 1982. Richard S. Levine, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment of sentence affirmed.